UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MICHAEL CORTEZ,

                                Plaintiff,

     v.

STILLWELL READY-MIX AND BUILDING MATERIALS, L.L.C., STILLWELL READY MIX L.L.C., STILLWELL REALTY L.L.C., and VITO GARGANO,

                              Defendants.
-------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

20 Civ. 7775 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        By letter dated September 2, 2022, Defendant notified the Court that Plaintiff's counsel passed away on March 30, 2022. (ECF No. 55.) Thus far, there has been no replacement.

        A status conference was scheduled for, and was held, on September 9, 2022. Neither Plaintiff nor any substitute attorney appeared. Accordingly, the conference is adjourned to October 21, 2022, at 10:00 a.m., at which time either Plaintiff, or an attorney retained by Plaintiff, shall appear to proceed further with the case. Failure to appear will be grounds for dismissal for failure to prosecute.

        SO ORDERED.

Dated:    September 9, 2022　　　　　　　　　　　 /s/ Alvin K. Hellerstein
             New York, New York　　　　　　　　　　ALVIN K. HELLERSTEIN
                                                       United States District Judge