UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MICHAEL CORTEZ,                                    :
                                                   :
                                      Plaintiff,   :   **ORDER REGULATING**
                                                   :   **PROCEEDINGS**
            v.                                     :
                                                   :   20 Civ. 7775 (AKH)
                                                   :
STILLWELL READY-MIX AND BUILDING                   :
MATERIALS, L.L.C., STILLWELL                       :
READY MIX L.L.C., STILLWELL REALTY                 :
L.L.C., and VITO GARGANO,                          :
                                                   :
                                      Defendants.  :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A status conference was held in this case on October 21, 2022. The plaintiff was ordered to file a case management plan by Monday October 24, 2022, at noon, which will have the following features: the completion of fact discovery by January 13, 2023; a settlement meeting with counsel on January 18, 2023, at 2:00 p.m. at the office of plaintiff's counsel; the next status conference on January 27, 2023, at 10:00 a.m.

      Because of the age of the case there will be no adjournments.

      SO ORDERED.

Dated:    October 21, 2022                          /s/ Alvin K. Hellerstein
              New York, New York                ALVIN K. HELLERSTEIN
                                                                 United States District Judge